DESKIN VS STUCKEY ET AL.
Opinion rendered Sept. 26, 1907.
(104 S. W. Rep. 657).

Appeal from the United States Court for the Western District of the Indian Territory; before Justice Louis Sulzbacher, April 16, 1906.

Suit by Andrew J. Deskin against W. L. Stuckey, trustee, and others. From an adverse judgment, plaintiff appeals. Affirmed.

*W. M. Matthews*, for appellant.

*W. L. Stuckey*, for appellees.

TOWNSEND, J.   This case stands upon the same footing, both as to the law and the facts, as Farrington vs Stuckey (decided at this term) 104 S. W. 647, and, following the opinion in that case, the judgment of the lower court in this case is affirmed.

GILL, C. J., and CLAYTON, J., concur.